UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re Megan Marie Teter, Debtor, | ) | CASE NO.  1:21-cv-00334 |
| | ) | |
| MEGAN MARIE TETER, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| Appellant, | ) | Appeal from No. 19-11224 |
| | ) | U.S. Bankruptcy Court |
| v. | ) | Northern District of Ohio, Eastern Div. |
| | ) | Hon. Arthur I. Harris, presiding |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Appellee. | ) | **FINAL JUDGMENT ENTRY** |
| | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Memorandum of Opinion and Order, the decision of the United States Bankruptcy Court for the Northern District of Ohio, No. 19-11224, entered on January 27, 2021 [Docket No. 85] is AFFIRMED.

This case is hereby dismissed and closed.

**IT IS SO ORDERED.**

Date: August 15, 2022

_____
BRIDGET M. BRENNAN
UNITED STATES DISTRICT JUDGE